IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:06cr189HTWLRA-001

ANTHONY TERRELL WILLIAMS

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismiss Counts 1 and 3 of the Criminal Indictment against ANTHONY TERRELL WILLIAMS without prejudice.

DUNN LAMPTON
United States Attorney

By: *Sandra G. Moses*

SANDRA G. MOSES
Assistant U.S. Attorney
GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 5th day of ~~March~~ April, 2007.

*Henry T. Wingate*
UNITED STATES DISTRICT JUDGE