IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

V.　　　　　　　　　　　　CRIMINAL NO. 3:06cr189=HTW-LRA

ANTHONY TERRELL WILLIAMS

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1)　　The sentence is reduced from 136 to 120 months;

(2)　　All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 13th day of August, 2008.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

AGREED:

_/s/ Sandra G. Moses_　　　　　　_/s/ George L. Lucas_
ASSISTANT U.S. ATTORNEY　　　　DEFENSE COUNSEL